No. 00–5965. VENEGAS *v.* ARTUZ, SUPERINTENDENT, GREEN HAVEN CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 00–5966. WHATLEY *v.* JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 00–5968. TALBOT *v.* ALAMEIDA, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 00–5969. BARONE *v.* HATCHER, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 00–5973. SUTTLES *v.* TENNESSEE. Sup. Ct. Tenn. Certiorari denied.

No. 00–5977. GOLDSTEIN *v.* DEPARTMENT OF INSURANCE. Commw. Ct. Pa. Certiorari denied.

No. 00–5978. GENINS *v.* HERZOG, HEINE, GEDULD, INC., ET AL. C. A. 2d Cir. Certiorari denied.

No. 00–5980. CORNELIUS *v.* CORNELIUS. Super. Ct. Gwinnett County, Ga. Certiorari denied.

No. 00–5984. VALENTI *v.* ECONOMY COLOR CARD CO., INC., ET AL. C. A. 3d Cir. Certiorari denied.

No. 00–5997. MCGRUDER *v.* ABRAMAJTYS, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 00–5998. THOMAS *v.* LUEBBERS, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER. C. A. 8th Cir. Certiorari denied.

No. 00–6000. JONES *v.* SALEBY ET AL. C. A. 4th Cir. Certiorari denied.

No. 00–6002. JONES *v.* JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 00–6004. JACKSON *v.* RAMSEY COUNTY. Sup. Ct. Minn. Certiorari denied.